CHRISTOPHER J. BEEMAN, ESQ. BAR#: 121194
JAY W. BROWN, ESQ. BAR#: 176079
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
6130 Stoneridge Mall Road, Suite 275
Pleasanton, CA 94588
(925) 734-0990  Fax: (925) 734-0888

Attorneys for Defendants
OPERATION DIGNITY, INC., ALEX McELREE, WILLIAM KENNEDY,
AND LINDA GRIFFIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTOINE FOSTER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OPERATION DIGNITY, INC., a California Non-Profit corporation, ALEX McELREE, an individual, WILLIAM KENNEDY, an individual, LINDA GRIFFIN,<br><br>　　　　Defendants. | CASE NO.: C075030 MMC<br><br>**[PROPOSED] ORDER IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE, STAY FEDERAL ACTION**<br><br>Date:　January 11, 2008<br>Time:　9:00 a.m.<br>Courtroom 7, 19th Floor |

The Court having considered the written motion of defendants Operation Dignity, Alex McElree, Linda Griffith, and William Kennedy, for an order to dismiss or, in the alternative, stay, the above referenced action filed by plaintiff Mark Foster, argument thereon, and all documents relating thereto:

IT IS THEREBY ORDERED that this matter is dismissed/stayed pending outcome of <u>Foster v. Operation Dignity, Inc., a California Non-Profit corporation, ALEX McELREE, an individual, WILLIAM KENNEDY, an individual, LINDA GRIFFITH, an individual</u> (Alameda County Case No. RG06302322) based upon the doctrine set forth in <u>Colorado River v. United States</u>, 424 U.S. 800. The grounds for the dismissal/stay of this action is based upon the fact that these two matters arise out

1  of the identical set of facts and involve identical parties arising out of Foster's tenancy at 2300
2  Moonlight Terrace, Alameda, California.

4  DATED: _____

                                        _____
                                        Maxine M. Chesney
                                        United States District Judge

**Foster v. Operation Dignity, Inc., a California Non-Profit Corp et al.**
U.S.D.C., Northern Dist. OF California, C075030 MMC

**PROOF OF SERVICE**

I hereby certify that I sent by regular U.S. Mail, the following:

DEFENDANTS' NOTICE OF MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY; DECLARATION OF JAY W. BROWN AND EXHIBITS "A" - "D" ATTACHED THERETO; [PROPOSED] ORDER IN SUPPORT THEREOF

Mark Antoine Foster In Pro Per
725 Ellis Street, #408
San Francisco, CA 94109

Executed on December 3, 2007 at Pleasanton, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Tonyia Neves

F:\Data\DOCS\9256\03240\Federal Action\proof