CHRISTOPHER J. BEEMAN, ESQ. BAR#: 121194
JAY W. BROWN, ESQ. BAR#: 176079
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
6130 Stoneridge Mall Road, Suite 275
Pleasanton, CA 94588
(925) 734-0990  Fax: (925) 734-0888

Attorneys for Defendants
OPERATION DIGNITY, INC., ALEX McELREE, WILLIAM KENNEDY, AND LINDA GRIFFIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTOINE FOSTER,<br><br>Plaintiff,<br><br>v.<br><br>OPERATION DIGNITY, INC., a California Non-Profit corporation, ALEX McELREE, an individual, WILLIAM KENNEDY, an individual, LINDA GRIFFIN,<br><br>Defendants. | CASE NO.: C075030 MMC<br><br>**INITIAL DISCLOSURES** |

**A.    WITNESSES (F.R.C.P. 26(a)(1)(A))**

Mark Antoine Foster

Alex McElree

Linda Griffin

William Kennedy

Any witnesses named in plaintiff's initial disclosures.

Any other relevant witnesses.

Defendants reserve their right to supplement this disclosure as permissible under F.R.C.P. 26.

1
**INITIAL DISCLOSURES**

**B.    DOCUMENTS (F.R.C.P. 26(a)(1)(B))**

All lease related documents

All unlawful detainer related documents

These documents have been exchanged pursuant to pre-trial discovery in the underlying <u>Foster v. Operation Dignity, et al.</u>, State court related matter

**C.    DAMAGES (F.R.C.P. 26(a)(1)(C))**

Not applicable as to this defendant.

**D.    INSURANCE (F.R.C.P. 26(a)(2)(D))**

This information has been disclosed pursuant to pre-trial discovery in the underlying state court matter.

**E.    CERTIFICATION OF DISCLOSURE (F.R.C.P. 26(g))**

The undersigned, as an attorney of record for defendants OPERATION DIGNITY, et al., certifies to the best of his knowledge, information, and belief, formed after a reasonable inquiry, the initial disclosure is complete and correct as of the time it was made.

DATED: January 2, 2008

CLAPP, MORONEY, BELLAGAMBA and VUCINICH

By: _____
CHRISTOPHER J. BEEMAN, ESQ.
Attorneys for Defendants OPERATION DIGNITY, INC., ALEX McELREE, WILLIAM KENNEDY, AND LINDA GRIFFIN

**Foster v. Operation Dignity, Inc., a California Non-Profit Corp et al.**
U.S.D.C., Northern Dist. OF California, C075030 MMC

**PROOF OF SERVICE**

I hereby certify that I sent by regular U.S. Mail, the following:

INITIAL DISCLOSURES

Mark Antoine Foster In Pro Per
200 Corpus Christie Road, #A,
Alameda, CA 94501

Executed on January 4, 2008 at Pleasanton, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

S/S
_____
ROCHELLE BECKER

F:\Data\DOCS\9256\03240\Federal Action\proof