CHRISTOPHER J. BEEMAN, ESQ. BAR#: 121194
ERIC J. BENGTSON, ESQ. BAR#: 254167
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
6130 Stoneridge Mall Road, Suite 275
Pleasanton, CA 94588
(925) 734-0990  Fax: (925) 734-0888

Attorneys for Defendants
OPERATION DIGNITY, INC., ALEX McELREE, WILLIAM KENNEDY,
AND LINDA GRIFFIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTOINE FOSTER,<br><br>Plaintiff,<br><br>v.<br><br>OPERATION DIGNITY, INC., a California Non-Profit corporation, ALEX McELREE, an individual, WILLIAM KENNEDY, an individual, LINDA GRIFFIN,<br><br>Defendants. | CASE NO.: C075030 MMC<br><br>**JOINT STATUS REPORT** |

## INTRODUCTION

The parties hereby submit their Joint Status Report on the state court proceeding entitled *Foster v. Operation Dignity, Inc.*, et al., No. RG06302322.

## PROCEDURAL HISTORY

On December 4, 2007, Defendants filed a "Motion to Dismiss, or in the Alternative, to Stay." This court granted the Motion to Stay and ordered the parties to file a Joint Status Report on the status of the consolidated state court proceeding. In March 2008, the state court case was set for trial on August 22, 2008.

## CURRENT STATUS

Since this federal action was stayed in January 2008, both parties have taken and responded to extensive discovery requests. Various discovery motions were filed and have since been resolved. Both parties agree that settlement is unlikely and they are currently preparing for trial. The trial is set to begin in Alameda County on August 22, 2008.

DATED: July 28, 2008

CLAPP, MORONEY, BELLAGAMBA
and VUCINICH

By: _____ FOR
CHRISTOPHER J. BEEMAN, ESQ.
Attorneys for Defendants OPERATION DIGNITY, INC., ALEX McELREE, WILLIAM KENNEDY, AND LINDA GRIFFIN

By: _____
MARK ANTOINE FOSTER, in pro per.

**Foster v. Operation Dignity, Inc., a California Non-Profit Corp et al.**
U.S.D.C., Northern Dist. OF California, C07 05029 SBA

**PROOF OF SERVICE**

I hereby certify that I sent by regular U.S. Mail, the following:

**JOINT STATUS REPORT**

Mark Antoine Foster In Pro Per
200 Corpus Christie Road, #A,
Alameda, CA 94501

Executed on August 1, 2008 at Pleasanton, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Tonyia Neves

F:\Data\DOCS\9256\03240\Federal Action\proof