**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK ANTOINE FOSTER,                    No. 07-5030 MMC

       Plaintiff,                **ORDER DIRECTING PARTIES TO FILE STATUS REPORT**

  v.

OPERATION DIGNITY, INC., et al.,

       Defendants
_____/

    By order filed January 4, 2008, the Court stayed the above-titled action pending entry of final judgment in a state court action filed by plaintiff against defendants herein, specifically, <u>Foster v. Operation Dignity, Inc., et al.</u>, No. RG06302322, and directed the parties to file a status report no later than August 1, 2008. On August 1, 2008, the parties filed a Joint Status Report, in which the parties represent that trial in the state court action is set to begin August 22, 2008.

    Good cause appearing, the stay shall remain in effect. The parties are hereby DIRECTED to file a Joint Status Report twenty-one days after entry of final judgment in the above-referenced state court action or on October 10, 2008, whichever date is earlier.

    **IT IS SO ORDERED.**

Dated: August 1, 2008

                             MAXINE M. CHESNEY
                             United States District Judge