IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTOINE FOSTER,<br><br>    Plaintiff,<br><br>  v.<br><br>OPERATION DIGNITY, INC., et al.,<br><br>    Defendants | No. 07-5030 MMC<br><br>**ORDER LIFTING STAY; SETTING CASE MANAGEMENT CONFERENCE** |

    By order filed January 4, 2008, the Court stayed the above-titled action pending entry of final judgment in a state court action filed by plaintiff against defendants herein, specifically, <u>Foster v. Operation Dignity, Inc., et al.</u>, No. RG06302322.

    Before the Court is a "Joint Status Report," filed by defendants on October 10, 2008,[1] attached to which is a copy of the final judgment entered September 16, 2008 in the above-referenced state court action.

    Good cause appearing, the stay entered January 4, 2008 is hereby LIFTED.

    The parties are hereby ordered to appear on January 16, 2009, at 10:30 a.m., for a Case Management Conference.  The parties shall file a Joint Case Management Statement no later than January 9, 2009.

    **IT IS SO ORDERED.**

Dated:  October 16, 2008

                                         MAXINE M. CHESNEY
                                         United States District Judge

---

    [1]Although denominated a "joint" status report, the document is signed only by counsel for defendants.